UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Gaul,
                    Plaintiff(s),

                                                      CIVIL ACTION

        V.
                                                      NO. 22-40043-MRG

City of Worcester, Massachusetts, et al.,
                    Defendant(s),

SETTLEMENT ORDER OF DISMISSAL

Guzman, D. J.

        The Court having been advised on _____May 13, 2024_____

that the above-entitled action has been settled.

        IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                      By the Court,

___May 13, 2024___                                    /s/ Martin Castles_____
        Date                                          Deputy Clerk