# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANA GAUL,<br><br>        **Plaintiff,**<br><br>v.<br><br>**CITY OF WORCESTER, Massachusetts,<br>WORCESTER POLICE OFFICERS<br>JOSEPH A. ALBANO, ELIAS BAEZ,<br>DAN HEAVEY, SEAN LOVELY, TIM<br>FOLEY, JOSEPH R. ESSEX and AS-YET<br>UNKNOWN WORCESTER POLICE<br>OFFICERS,**<br>        **Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    **C.A. No.:  4:22-cv-40043-MRG** |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41 (a) (1) (A) (ii), the parties hereby agree and stipulate to the dismissal of this action in its entirety.  This dismissal is to be with prejudice, without costs, without attorneys' fees being awarded to any party and with all parties waiving all rights of appeal as to this stipulation.

| | |
|---|---|
| PLAINTIFF DANA GAUL,<br>By his attorney, | DEFENDANTS CITY OF WORCESTER,<br>JOSEPH A. ALBANO, ELIAS BAEZ,<br>DAN HEAVEY, SEAN LOVELY, TIM<br>FOLEY AND JOSEPH R. ESSEX,<br>By their attorney, |
| /s/ Mark Loevy-Reyes<br>Mark Loevy-Reyes, BBO #:  707974<br>Loevy & Loevy<br>398 Columbus Avenue, # 294<br>Boston, MA 02116<br>mark@loevy.com | /s/ Andrew J. Gambaccini<br>Andrew J. Gambaccini, BBO #:  654690<br>Reardon, Joyce & Akerson, P.C.<br>4 Lancaster Terrace<br>Worcester, MA 01609<br>508.754.7285<br>agambaccini@rja-law.com |

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on June 28, 2024.

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini